UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STUART SIEGAL )<br><br>    Plaintiff )<br><br>v. )<br><br>MIDLAND FUNDING, LLC )<br><br>    Defendant ) | Civil Action No.: 14-40130-DHH |

**STIPULATION OF DISMISSAL, WITH PREJUDICE**

    The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii), hereby stipulate to the Dismissal with Prejudice of this action, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Respectfully Submitted, | Respectfully Submitted, |
| The Pro-Se Plaintiff,<br>STUART SIEGAL | The Defendant<br>MIDLAND FUNDING, LLC |
|  | By its Attorney |
|  /s/ Stuart Siegal_____, Pro Se |  /s/ Erik Tomberg_____ |
| Stuart Siegal | Erik Tomberg (BBO #669413) |
| 242 West Main Street<br>Westborough, MA  01581 | Wilson Elser Moskowitz Edelman & Dicker, LLP |
| (617) 922-4771 | 260 Franklin Street, 14th floor |
| Email: stu.siegal@verizon.net | Boston, MA  02110-3112<br>(617) 422-5329<br>Email: erik.tomberg@wilsonelser.com |

**Dated:  January 26, 2015**

## CERTIFICATE OF SERVICE

I. Stuart Siegal, pro-se Plaintiff in the above-referenced matter, hereby certify that on this 26th day of January, 2015, the foregoing document was filed through the ECF system, and that the document will be sent electronically to the registered participants.

                                                                              /s/ Stuart Siegal_____, Pro Se
                                                                              Stuart Siegal